ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN HOTT, M.D.,

Plaintiff,

- against -

MULTIPLAN, INC. and CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Defendants.

21 Civ. 02421 (LLS)

ORDER

A conference is not necessary to establish a mutually agreeable schedule and efficiently progress this litigation. The parties shall submit a joint proposed scheduling order establishing the remaining deadlines in the case by November 6, 2026.

So Ordered.

Dated: New York, New York

October 23 2026

Louis L. Stanton

LOUIS L. STANTON

U.S.D.J.